PD-0403-15

PD-0403-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/9/2015 11:01:38 AM
Accepted 4/15/2015 2:46:17 PM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS
NO. _____**

**JAIRO UMANZOR**
Appellant,

V.

**THE STATE OF TEXAS**

On Appeal from the
228TH District Court of
Harris County, Texas;
Trial Cause Number 1349385

**PETITIONER'S MOTION TO EXTEND TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUSTICES OF SAID COURT:

JAIRO UMANZOR, Petitioner in the above cause number, would respectfully request this Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Mr. Umanzor would show unto the Court the following:

I.

This appeal lies from Mr. Umanzor's conviction in *The State of Texas v. Jairo Umanzor,* Cause Number 1349385 in the 228th District Court of Harris County, Texas. Mr. Umanzor was charged by indictment with murder. Mr. Umanzor was convicted by a jury and sentenced by the jury to fifteen (15) years in the Institutional Division of the Department of Criminal Justice. Mr. Umanzor's conviction was affirmed on

March 26, 2015, by the Fourteenth Court of Appeals in Cause No. 14-13-00958-CR. Mr. Umanzor's Petition for Discretionary Review is due April 27, 2015. This is Mr. Umanzor's first request for an extension to file the petition for discretionary review.

## II.

Mr. Umanzor's attorney of record, Daucie Schindler, is requesting an extension of time in order to further evaluate the complex issues involved in the case. An extension of time is necessary so that the petition for discretionary review can be timely filed and undersigned counsel can properly consult with Mr. Umanzor. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for thirty days and extend the time for filing the petition until May 27, 2015.

Respectfully submitted,

Alexander Bunin
Chief Public Defender


/s/ Daucie Schindler
Daucie Schindler
State Bar No. 24013495
Harris County
Public Defender's Office
Assistant Public Defender
1201 Franklin 13th Floor
Houston, Texas 77002
Daucie.Schindler@pdo.hctx.net
Tel:  713-368-0016
Fax:  713-368-9278

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day electronically served on counsel for the State and by mailing same to the following parties on this the 9th day of April, 2015:


Ms. Abbie Miles
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711


/s/ Daucie Schindler
Daucie Schindler